## United States District Court for the Northern District of Illinois

Case Number: **07 c 50229**   Assigned/IssuedBy: _____

---

### FEE INFORMATION

**Amount Due:**  ☒ $350.00   ☐ $39.00   ☐ $5.00
  ☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: **350**   Receipt #: **2343481**
Date Paid: **11-19-07**   Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**
☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
  (Type of Writ)

Original and **0** copies on **11-20-07** as to **deft**
   (Date)

---

C:\wpwin80\docket\feeinfo.frm   01/01

Copy to Judge