## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50229 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Ozarowski vs. General Motors Corp. | | |

**DOCKET ENTRY TEXT:**

Plaintiff brings this as a purported class action based on the court's diversity of citizenship jurisdiction. 28 U.S.C. §1332 (d)(2)(A) which grants jurisdiction where "any member of a class of plaintiffs is a citizen of a State different from any defendant." The named plaintiff has not pled the citizenship of any plaintiff but rather has pled only his own residence. "Citizenship" and "residence" are not synonyms. Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002). Plaintiff shall file amended jurisdictional allegations pleading citizenship meeting the requirements of 28 U.S.C. §1332 (d)(2)(A) on or before 12/4/2007 or this case will be dismissed for lack of subject matter jurisdiction.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | SW |
|---|---|---|