IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY OZAROWSKI, | ) | |
| *Individually and on behalf of all others similarly* | ) | |
| *situated*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07-C-50229 |
| | ) | |
| vs. | ) | |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Stanley Ozarowksi, pursuant to Rule 41(a)(1) and as permitted by Rule 23(e) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action, without prejudice.

This dismissal is permitted as a matter of right pursuant to Rule 41(a) in that Defendant has not yet filed an answer or motion for summary judgment. No class notice is required under Rule 23(e) in that the case has not been certified as a class action, and the voluntary dismissal without prejudice will not bind the members of the proposed class.

Dated: December 4, 2007

Respectfully submitted,

**STANLEY OZAROWSKI,**

**Class Plaintiff,**

By: s/ Jonathan B. Piper
One of His Attorneys

Jonathan B. Piper #6196071
**THE LAKIN LAW FIRM, P.C.**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095-0229
Phone: (618) 254-1127

**Attorney for Plaintiff
and the Proposed Class**