## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50229 | **DATE** | 12/5/2007 |
| **CASE TITLE** | Stanley Ozarowski vs. General Motors Corporation | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for voluntary dismissal [6] is granted. This case is dismissed without prejudice.

*Philip G. Reinhard* (signature)

Electronic Notices.
*Copy to magistrate judge.

| | Courtroom Deputy Initials: | JT |
|---|---|---|